IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA SANFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:08-cv-956-MEF |
| ) | |
| ) | |
| SLADE'S COUNTRY STORES, LLC, ) | |
| ) | |
| Defendant. ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order dated January 6, 2009, a meeting was held on **February 2, 2009** via telephone and was attended by:

- Kelly F. Pate on behalf of Slade's Country Stores, Inc.[1]

- Jimmy Jacobs on behalf of Tina Sanford.

1. **Pre-Discovery Disclosures**.  The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before 21 days following entry of the court's scheduling order.

2. **Discovery Plan**.  The parties jointly propose to the Court the following discovery plan:

    The likely subjects of discovery are:

    Plaintiff expects to conduct discovery on the issues and allegations raised in her Complaint, and all information relating to the defendant's defenses.

    Defendant expects to conduct discovery; on the facts and circumstances of this case, including but not limited to:  all information pertaining to plaintiff's claims and damages, including the alleged statutory violations, and all information pertaining to defendants' defenses.

    a. All discovery commenced in time to be completed by December 8, 2010.

    b. Maximum of 25 interrogatories by each party to each party.  Responses due 30 days after service.

---

[1] Defendant is incorrectly named in the complaint as Slade's Country Stores, LLC.

    c.    Maximum of 25 requests for admission by each party to each party. Responses due 30 days after service.

    d.    Maximum of 40 requests for production of document by each party to each party. Responses due 30 days after service.

    e.    Maximum of 5 depositions by Plaintiffs to Defendant and 5 by Defendant to Plaintiffs. Depositions limited to eight hours.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiffs by September 7, 2009; and
        from Defendant by September 21, 2009.

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3.    **Other Items**.

    a.    The parties do not request a conference with the Court before entry of the scheduling order.

    b.    The parties request a pretrial conference on or around January 4, 2010.

    c.    Plaintiffs should be allowed until September 9, 2009 to join additional parties and to amend the pleadings.

        Defendant should be allowed until September 16, 2009 to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed on or before October 9, 2009.

    e.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

    f.    Final lists of trial evidence under Federal Rule of Civil Procedure 26(a)(3), both witnesses and exhibits, should be due from the parties on or before January 5, 2010.

    g.    Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    h.    The case should be ready for trial by this Court's February 1, 2010 trial term. At this time, the trial is expected to take approximately 2-3 days, excluding jury selection.

Respectfully submitted this 2nd day of February, 2009.

/s/ Kelly F. Pate
One of the Attorneys for Defendant Slade's Country Stores, Inc.

**OF COUNSEL:**
Charles B. Paterson (PAT018)
cpaterson@balch.com
Bar Number ASB-1542-R73C
Kelly F. Pate (FIT014)
kpate@balch.com
Bar Number ASB-5289-L63F
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

/s/Jimmy Jacobs
Attorney for Plaintiff Tina Sanford

**OF COUNSEL:**
Jimmy Jacobs (JAC051)
jacobslawoffice@gmail.com
Jimmy Jacobs, LLC
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
(334) 215-1788