IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TINA SANFORD        ) | |
|     **Plaintiff**        ) | |
|             ) | |
| v.        ) | CASE NUMBER 2:08-cv-956MEF |
|             ) | |
| SLADE'S COUNTRY STORES, LLC   ) | (JURY DEMAND) |
|     **Defendant**        ) | |

### PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS

The Plaintiff designates the following deposition excerpts, pursuant to the Court's Amended Scheduling Order entered September 30, 2009:

1. Any portion of the depositions of Ina Slade and Gaines Slade taken on December 22, 2009, cited by the Plaintiff in her Response to the Defendant's Motion for Summary Judgment. (Doc. 35)

2. Any portion of any deposition cited by Slade's Country Stores, LLC. in its memorandum and/or reply support of its Motion for Summary Judgment. (Docs. 29; 36)

3. All or any portion of the deposition of any witness taken under oath in this matter, if the witness is unavailable for trial.

4. All or any portion of the deposition taken under oath in this matter for the purposes of rebuttal and/or impeachment.

The Plaintiff further reserves the right to use any and all parts of the depositions of Ina Slade; Gaines Slade; and, Bruce Weldon for any and all purposes permitted under the Federal Rules of Civil Procedure.

Respectfully submitted this 24th day of March 2010.

                                                    /S/ **JIMMY JACOBS**
                                                  JIMMY JACOBS (JAC051)
                                                  Attorney for Plaintiff

4137 Carmichael Rd, Ste 100  
Montgomery, Alabama 36106  
(334) 215-1788

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 24th day of March 2010.

/s/JIMMY JACOBS  
Jimmy Jacobs (JAC051)  
4137 Carmichael Road, Ste 100  
Montgomery, Alabama 36106  
(334)215-1788

COUNSEL OF RECORD:

Charles B. Paterson  
Kelly F. Pate  
Balch & Bingham LLP  
Post Office Box 78  
Montgomery, Alabama  36101  
Telephone: (334) 834-6500  
Facsimile: (334) 269-3115

2